```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CORREYAN DEVON JEFFERSON, ) | No. C 13-5845 RMW (PR) |
| Petitioner, ) | ORDER OF TRANSFER |
| vs. ) | |
| FRED FOULK, Warden, ) | |
| Respondent. ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief from his underlying criminal conviction and sentence in Riverside County Superior Court, which lies in the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Central District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California, the district of petitioner's conviction at issue in this petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).

The clerk shall terminate any pending motions and transfer the entire file to the Central

Order of Transfer
P:\PRO-SE\RMW\HC.13\Jefferson845trans.wpd

1 | District of California.
2 |     IT IS SO ORDERED.
3 | DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREYAN DEVON JEFFERSON,<br><br>           Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPT OF CORRECTIONS et al,<br><br>           Defendant.                                    / | Case Number: CV13-05845 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Correyan Devon Jefferson AE6204
California Department of Corrections
PO Box 750
Susanville, CA 96127

Dated: March 31, 2014

                                                                Richard W. Wieking, Clerk
                                                                By: Jackie Lynn Garcia, Deputy Clerk