**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CORREYAN DEVON JEFFERSON, | ) | NO. ED CV 14-708-PSG (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FRED FOULK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  July 22, 2014.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE